UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
*In re*                                                                                    Chapter 7

    JAKLIN MECANIK,

                                             Case No. 8-12-70420-dte

                        Debtor.
---------------------------------------------------------------x
ANDREW M. THALER, Chapter 7 Trustee of the
Estate of Jaklin Mecanik,


                   - against -                         Adv. Pro. No. 8-13-08033-dte


JAKLIN MECANIK,

                        Defendant.
---------------------------------------------------------------x

## **AFFIRMATION PURSUANT TO EDNY LBR 4004-1**

**TO:**    **THE HONORABLE DOROTHY T. EISENBERG,**
         **UNITED STATED BANKRUPTCY JUDGE:**

       **J. Logan Rappaport**, an attorney admitted to practice law, in the courts of the State of New York and in the Eastern District of New York, hereby affirms the following to be true under penalty of perjury:

       1.    I am an associate of the law firm of Pryor & Mandelup, L.L.P., the attorneys for Plaintiff Andrew M. Thaler, Esq., the Chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Jaklin Mecanik and the plaintiff in the above-captioned adversary proceeding ("Adversary Proceeding"), and I submit this affirmation pursuant to E.D.N.Y. L.B.R. 4004-1 and in support of the Trustee's motion, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), seeking the entry of an Order approving the Trustee's Stipulation of Settlement (the "Settlement Stipulation"), dated December 19, 2013, settling the Adversary

Proceeding.

2. No consideration has or will be paid to the Trustee or any person or entity on the Trustee's behalf with respect to the settlement of the Adversary Proceeding, whether under the Settlement Stipulation or otherwise.

3. This Affirmation, along with the Motion and Settlement Stipulation, is being served upon the Trustee, the Office of the United States Trustee, all creditors, and any other known parties-in-interest.

Dated: Westbury, New York
       January 7, 2014

                                            ___*/s/ J. Logan Rappaport*___
                                               J. Logan Rappaport